**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | |
|---|---|
| **Abercrombie & Fitch Co. and Abercrombie & Fitch Trading Co.** 6301 Fitch Path New Albany, Ohio 43054**,** **Plaintiffs,** **v.** **Affliction Holdings, LLC** 1799 Apollo Ct Seal Beach, CA 90740**,** **Defendant.** | **CASE NO.: _____** **COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, DECEPTIVE TRADE PRACTICES ACT; AND INJUNCTIVE RELIEF** **JURY TRIAL DEMANDED** |

<u>**COMPLAINT**</u>

Plaintiffs Abercrombie & Fitch Co. and Abercrombie & Fitch Trading Co. (collectively "A & F") seek injunctive and monetary relief against Defendant Affliction Holdings, LLC ("Affliction") for trademark infringement and unfair competition with regard to sales of clothing bearing marks that infringe A & F's federally registered trademarks. A & F seeks additional relief against Affliction for willful infringement of A & F's trademarks based on Affliction's continued use of A & F's registered trademarks, despite notice of A & F's extensive use and prior rights.

<u>**PARTIES**</u>

1.      Plaintiff Abercrombie & Fitch Co. is a Delaware corporation having its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054. Abercrombie & Fitch Co. itself and through its wholly owned subsidiaries, designs, manufactures and sells apparel for men, women, boys, and girls in the United States and internationally.

2.      Plaintiff Abercrombie & Fitch Trading Co. is an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054.  Abercrombie & Fitch Trading Co. is a wholly owned subsidiary of co-plaintiff Abercrombie & Fitch Co. and is the owner of A & F's trademarks used in connection with apparel.

3.      Defendant Affliction is a California corporation with its principal place of business at 1799 Apollo Ct, Seal Beach, CA 90740.  Defendant Affliction is a nationwide retailer in the business of selling apparel for men, women and children.  Affliction sells t-shirts and jeans under the brand name American Fighter.

## JURISDICTION AND VENUE

4.      This court has personal jurisdiction over Defendant Affliction.

5.      Affliction has sold infringing shirts to Ohio retailers and to websites offering the infringing goods for sale to Ohio residents.  Affliction sells apparel nationally via its website, including to Ohio residents.  Affliction has intentionally directed its infringing activity at A & F, an Ohio company, and its infringing goods compete directly with A & F goods in Ohio.

6.      A & F is comprised of Ohio corporations and has sustained the damages complained of herein as a result of the trademark infringement, and unfair competition in this District.

7.      This court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, and has supplemental jurisdiction under 28 U.S.C. § 1367(a) over A & F's claims under Ohio law.  Diversity jurisdiction under 28 U.S.C. § 1332 also exists as there is complete diversity between the parties and the matter in controversy exceeds seventy-five thousand dollars, exclusive of interest and costs.

8.      Venue is proper in this district under 28 U.S.C. §1391(b) and (c).

## PLAINTIFFS' TRADEMARKS

9.       A & F is one of the largest manufacturers, wholesalers and retailers of high quality, casual apparel and accessories for men women, and children in the U.S.A. The parent company and its predecessors in interest have been engaged in the business of manufacturing and selling high-end apparel and related accessories in the United States for over 100 years under the brand name "Abercrombie & Fitch," also known as "A & F".

10.       At issue in this action is Defendant's infringement of certain trademarks created and used by A & F and collectively referred to herein as the "AF Marks".

11.       A & F is the owner of U.S. Registrations for the following AF Marks (copies of the TSDR Reports for each registration and application set forth below are attached as **Exhibit A**):

| REG. NO. / APP. NO. | MARK | REG. DATE / APP. DATE | FIRST USE DATE | CLASS(ES) |
|---|---|---|---|---|
| U.S. Reg. No. 2,503,382 | AF | 11-06-2001 | 07-31-1994 | Int. Class 25 |
| U.S. Reg. No. 2,530,664 | A & F | 01-15-2002 | 11-30-1997 | Int. Class 25, 35 |
| U.S. Reg. No. 3,349,895 | A & F | 12-04-2007 | 11-30-2004 02-28-1999 01-31-2003 | Int. Class 3 Int. Class 14 Int. Class 18 |
| U.S. Reg. No. 3,739,561 |  | 01-19-2010 | 01-05-2009 | Int. Class 25 |
| U.S. Reg. No. 3,221,986 | A & F 92 | 03-27-2007 | 11-30-1999 | Int. Class 25 |
| U.S. Reg. No. 1,169,714 | A & F | 09-15-1981 | 09-29-1978 | Int. Class 35 |
| U.S. Reg. No. 3,624,670 | A & F NEW YORK | 05-19-2009 | 09-27-2006 | Int. Class 25 |
| U.S. Reg. No. 4,354,241 |  | 06-18-2013 | 09-01-2009 | Int. Class 25 |

12.     All of A & F's Registrations identified in the chart above and in Exhibit A as attached, are *prima facie* evidence of the validity thereof and A & F's ownership and exclusive right to use these marks in commerce, and are constructive notice of A & F's ownership thereof.

13.     A & F's registrations for AF (Reg. No. 2,503,382), A & F (Reg. No. 2,530,664), A & F (Reg. No. 3,349,895), and A & F (Reg. No. 1,169,714) are incontestable under 15 U.S.C. § 1065, and as such, these registrations are conclusive evidence of the validity of the registered marks, of A & F's ownership of the marks and of A & F's exclusive right to use the mark with the goods and services.

14.     A & F and its predecessors in interest have sold clothing, namely, t-shirts, pants, shorts and shirts, under its AF mark (Reg. No. 2,503,382) since at least as early as July 1994.

15.     A & F and its predecessors in interest have sold under its A & F mark (Reg. No. 2,530,664), clothing, namely shirts, t-shirts, tank tops, knit tops, woven tops, sweatshirts, sweatpants, underwear, boxer shorts, pants, short pants, jeans, skirts, footwear, sweaters, vests, coats and jackets since at least as early as November 1997.

16.     A & F and its predecessors in interest have sold clothing, namely, shirts, t-shirts, knit tops, sweatshirts, sweatpants, jogging pants, pants and short pants under its A & F 92 mark (Reg. No. 3,221,986) since at least as early as November 1999, and have sold clothing, namely, knit shirts, knit tops, shirts, shorts, sweat shirts, sweat shorts, and t-shirts under its A & F NEW YORK mark (Reg. No. 3,624,670) since at least as early as September 2006.

17.     A & F and its predecessors in interest have sold polo shirts, shirts and short-sleeved shirts under its stylized overlapping A&F mark (Reg. No. 3,739,561) since at least as early as January 2009.

18.     A & F and its predecessors in interest also have sold handbags, tote bags and travel bags under its A & F mark (Reg. No. 3,349,895) since at least as early as January 2003.

19.     A & F and its predecessors in interest also have sold bottoms, coats, footwear, jackets, leggings, sleepwear and tops under its stylized lowercase A & F mark (Reg. No. 4,354,241) since at least as early as September 2009.

20.     A & F and its predecessors in interest have also sold goods under the AF Marks in related classes and offered retail store services under the A&F Mark.

21.     A & F's use of its AF Marks has been valid and continuous since at least as early as each respective date of first use and has not been abandoned.

22.     A & F's AF branded goods, including but not limited to, bags, bottoms, hats, jackets, shirts, shorts, sweaters, t-shirts, sweatpants, sweatshirts, skirts, sleepwear, and belts are sold in its "Abercrombie & Fitch" and "abercrombie" stores, as well as, through its websites www.abercrombie.com and www.abercrombiekids.com.

23.     Abercrombie & Fitch Trading Co. has licensed to Abercrombie & Fitch Co. and its subsidiaries the right to use its registered and common law trademarks in the United States. As a result of its long use and promotion of these trademarks, A & F has established these trademarks as distinctive, and as well known and having secondary meaning among actual and target purchasers as well as among members of the public.

24.     As a result of A & F's long and continuous use of the AF Marks since at least as early as 1978 in connection with retail services and at least as early as 1994 in connection with clothing, and its substantial investment in advertising and promotion, A & F's AF Marks have become famous and well-known among its actual and target purchasers of casual apparel as well as other members of the public, as a distinctive symbol of A & F's goodwill.

25.     A & F also has common law trademark rights under federal and Ohio law in its AF Marks.  AF Marks protected by common law trademark rights are uniquely associated with A & F.

26.     A & F invests tens of millions of dollars annually on promoting its marks and products.  Between 2001 and 2013, A & F expended over $300 million to market and promote its products, including products bearing its AF Marks, in the United States.

27.     To create and maintain goodwill among its customers and to protect the value of its trademarks, A & F has taken substantial steps to ensure that all apparel bearing the AF Marks is of the highest quality.

### DEFENDANT'S INFRINGEMENT

28.     Affliction has offered and continues to offer directly competing apparel bearing marks that are confusingly similar to and/or designed to trade off the goodwill of A & F's registered AF Marks ("American Fighter Apparel").  Attached as **Exhibit B** are images in color of infringing American Fighter Apparel.

29.     Affliction's American Fighter Apparel shown in Exhibit B infringe A & F's prior rights in its AF Marks and create an overall commercial impression that is confusingly similar to apparel bearing the AF Marks.  Examples of A & F's clothing bearing the AF Marks, in comparison to the infringing American Fighter Apparel are shown in the table below:

| AF MARKS | AMERICAN FIGHTER'S USE |
|---|---|
|  | |

| AF MARKS | AMERICAN FIGHTER'S USE |
|---|---|



30.     Affliction is distributing its infringing American Fighter Apparel online through its website http://americanfighter.com/, and through third party websites and other retailers throughout the United States, including in Ohio.

31.     The American Fighter Apparel competes directly against A & F's apparel.

32.     Affliction's use of the AF Marks on the American Fighter Apparel is likely to cause confusion as to whether A & F is the source of the American Fighter Apparel.

33.     Affliction has copied the A & F Marks for Affliction's own benefit and is trading on A & F's goodwill in its AF Marks.

34.     On July 8, 2014, counsel for A & F sent a letter to Affliction advising them that their apparel was infringing A & F's prior rights in its AF Marks, and requesting that Affliction immediately cease its infringement.

35.     A & F sent additional letters on August 8, 2014 and August 19, 2014 warning Affliction that by selling American Fighter Apparel bearing the AF Marks or marks confusingly similar to the AF Marks, Affliction was infringing A & F rights in its federally registered trademarks. Despite this notice of A & F's prior rights, Affliction has not ceased selling the infringing American Fighter Apparel.

36.     Defendant Affliction has acted with the intention of trading off A & F's goodwill in the AF Marks, and of diverting to itself persons who are interested in the products of A & F.

37.     Affliction is willfully selling its American Fighter Apparel bearing imitations of the AF Marks in a manner likely to cause confusion or mistake among members of the consuming public.

38.     Affliction's unauthorized use of the AF Marks in the manner described above:

(a)     is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties, as to the origin, sponsorship, or approval of Defendant's products and services, or as to some affiliation, connection, or association of Defendant with A & F;

(b)     enables Defendant to trade off and receive the benefit of goodwill A & F built up at great labor and expense over several years, and to gain acceptance for Defendant's products and services not solely on their own merits, but on the reputation, investment, and hard work of A & F, and reputation and associated goodwill of its trademarks, products and services;

(c)     unjustly enriches Defendant; and

(d)     unlawfully removes from A & F the ability to control the nature and quality of products and services provided under its trademarks and places the goodwill and valuable reputation of A & F in the hands of Defendant, over which A & F has no control.

39.     A & F has been damaged and will continue to be damaged by Defendant's unauthorized use of the AF Marks, in the manner described above.

40.     Unless these current acts of infringement and unfair competition are restrained by this Court, A & F and the public will continue to suffer irreparable injury for which there is no adequate remedy at law.

## COUNT I: INFRINGEMENT OF A FEDERALLY REGISTERED TRADEMARK
## (15 U.S.C. § 1114)

41.     A & F re-alleges and incorporates the allegations set forth in paragraphs 1-40 herein.

42.     Defendant's use of the AF Marks and confusingly similar marks on the American Fighter Apparel directly infringes the AF Marks in violation of the Lanham Act, 15 U.S.C. § 1114.

43.     Defendant's use of the AF Marks and confusingly similar marks on the American Fighter Apparel creates a likelihood of confusion, mistake and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the American Fighter Apparel.

44.     Because of Defendant's unlawful acts, A & F has suffered and continues to suffer injury, and is entitled to recover all damages it sustained and all profits realized by Defendant as a result of those unlawful actions, as well as A & F's costs of suit, pursuant to 15 U.S.C. § 1117.

45.     Upon information and belief, Defendant's unlawful actions, as above-described, were and continue to be willful, with the result that Plaintiff is entitled to treble damages and an award of reasonable attorneys' fees against Defendant, pursuant to 15 U.S.C. § 1117.

## COUNT II: FEDERAL UNFAIR COMPETITION
## (Lanham Act § 43(a), 15 U.S.C. § 1125(a))

46.     A & F re-alleges and incorporates the allegations set forth in paragraphs 1-45 herein.

47.     Defendant's unauthorized use of A & F's trademarks and indicia of source uniquely identified with A & F falsely indicates that A & F or their agents are connected with, sponsored, endorsed, authorized, or approved by, or affiliated with Defendant, or that Defendant is connected with, sponsored, endorsed, authorized, or approved by, or affiliated with A & F.

48.     Defendant's acts complained of herein constitute unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

49.     The acts of Defendant complained of herein constitute false designation of origin, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

50.     Defendant's actions, resulting in unlawful and unauthorized use of simulations of A & F's trademarks, are willful.

51.     The willfulness of Defendant's acts complained of herein makes this an exceptional case under Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

52.     As a result of the foregoing alleged actions of Defendant, Defendant has been unjustly enriched and A & F has been injured and damaged.  Unless the foregoing alleged actions of Defendant are enjoined, A & F will continue to suffer injury and damage.  A & F is entitled to monetary damages, including A & F's actual damages, costs, and Defendants' profits.

## COUNT III: UNFAIR COMPETITION
### (Ohio Common Law)

53.     A & F re-alleges and incorporates the allegations set forth in paragraphs 1-52 herein.

54.     Defendant's copying of the AF Marks is infringing A & F's rights and has created a likelihood of confusion amongst consumers as to the origin, endorsement, or approval of the American Fighter Apparel.

55.     The aforementioned acts of Defendant constitute unfair competition and infringement of A & F's common-law rights in the A & F trademarks.

56.      Plaintiffs have no adequate remedy at law and have continued to suffer irreparable harm and damage as a result of Defendant's aforesaid acts, which, if not enjoined, will cause additional injury and loss. A & F is entitled to monetary damages, including A & F's actual damages, costs and Defendants' profits.

## COUNT IV:  DECEPTIVE TRADE PRACTICES
### (Ohio's Deceptive Trade Practices Act, Ohio Rev. Code § 4165.02(A))

57.     A & F re-alleges and incorporates the allegations set forth in paragraphs 1-56 herein.

58.     Defendant has been and is causing a likelihood of confusion or misunderstanding as to the source, sponsorship, or approval of Defendant's goods.

59.     Defendant has been and is causing a likelihood of confusion as to Defendant's affiliation, connection, association with, or certification by A & F.

60.     Defendant's actions described herein are likely to cause confusion among members of the public.

61.     As a result of Defendant's conduct, A & F is entitled to injunctive relief and monetary damages, including A & F's actual damages, costs and Defendants' profits.

62.     Defendant's conduct constitutes deceptive trade practices in the conduct of a business in violation of Ohio's Deceptive Trade Practices Act, Ohio. Rev. Code § 4165.02.

63.     As a result of defendant Affliction's actions described herein, A & F is entitled to recover its reasonable attorneys' fees.

### PRAYER FOR RELIEF

WHEREFORE, A & F prays that:

1.     The Court enter judgment for A & F and against the Defendant on the foregoing claims, including that: Defendant has infringed A & F's trademarks under § 32 of the Lanham Act and the Ohio Deceptive Trade Practices Act, Ohio Rev. Code § 4165.02(A), competed unfairly with A & F under § 43(a)(1) of the Lanham Act, 15 U.S.C. § 1125(a)(1), and Ohio common law, and has otherwise injured A & F's business reputation and been unjustly enriched by using Plaintiff's AF Marks in the manner complained of herein.

2.     Defendant, its agents, servants, employees, attorneys, and all others in active concert or participation with it, be enjoined and restrained, during the pendency of this action and permanently thereafter, from:

    (a)     using Plaintiff's AF Marks, or any colorable imitation thereof, on or in connection with the design, manufacture, importation, advertisement, promotion, marketing, sale or other distribution of apparel or any other goods;

    (b)     doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendant or its products emanate from, or are affiliated or connected with, or sponsored or approved by, A & F;

3.     An accounting be directed to determine Defendant's sales or profits resulting from its activities and an Order be issued compelling defendant to pay all such sales or profits to A & F and increased as the Court finds to be just under the circumstances of this case;

4.      Defendant be required to pay to A & F its actual damages and Defendant's profits relating to Defendant's aforesaid trademark infringement and unfair competition in accordance with Section 35(a) of the Lanham Act, 15 U.S.C. §1117(a), and all damages caused by acts complained of herein available under Ohio statutory and common law;

5.      Defendant be required to pay A & F's reasonable attorneys' fees and costs of this action based on Defendant's willful infringement;

6.      Defendant, in accordance with Section 36 of the Lanham Act, 15 U.S.C. § 1118, be required to deliver to A & F for impoundment, and upon final judgment or decree, destruction, all goods, labels, signs, prints, packages, bottles, receptacles, containers, product and advertisements in Defendant's possession or control which infringe on the AF Marks;

7.      Defendant, in accordance with Section 34(a) of the United States Trademark Act, 15 U.S.C. § 1116(a), be required to file with the Court, and serve upon A & F, within thirty (30) days after the entry and service on Defendant of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendant has complied with the terms of such injunction;

8.      The Court retain jurisdiction of this action for the purpose of enabling A & F to apply to the court in the future for such further orders and directions as may be necessary or appropriate for the interpretation or execution of any Order entered in this action, for the modification of any such Order, for the enforcement or compliance therewith, and for the enforcement of any violations therefore;

9.      Defendant be required to pay to A & F interest, including pre-judgment interest, on the foregoing sums; and

10.     A & F recover such other relief as the Court may deem appropriate.

## **DEMAND FOR JURY TRIAL**

The Plaintiffs, A & F, hereby demand a jury trial on all issues triable by a jury.

Date: October 10, 2014                    Respectfully submitted,

                                          JONES DAY

                                   By:    _____
                                          Yvette McGee Brown
                                          JONES DAY
                                          325 John H. McConnell Boulevard
                                          Suite 600
                                          Columbus, Ohio 43215
                                          (T) +1.614.469.3939
                                          (F) +1.614.461.4198


OF COUNSEL:
SUSAN M. KAYSER (pro hac vice pending)
skayser@jonesday.com
LUCY JEWETT WHEATLEY (pro hac vice pending)
lwheatley@jonesday.com
JONES DAY
51 LOUISIANA AVE, NW
WASHINGTON, DC 20001
202.879.3939
202.626.1700 (Facsimile)


WAI-783193762v1

# Exhibit A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,503,382
Registered Nov. 6, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## AF

A & F TRADEMARK, INC. (DELAWARE COR-
 PORATION)
1105 NORTH MARKET STREET
WILMINGTON, DE 19801

FOR: CLOTHING, NAMELY, HATS, T-SHIRTS,
PANTS, SHORTS, CAPS, SHIRTS AND BOXER
SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-1994; IN COMMERCE 7-0-1994.

OWNER OF U.S. REG. NOS. 951,410, 2,061,284 AND
OTHERS.

SER. NO. 75-494,357, FILED 6-2-1998.

LESLEY LAMOTHE, EXAMINING ATTORNEY



## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| Attorney Name: | Jacob Kramer |
| Attorney Primary Email Address: | ipdocketingwest@abercrombie.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Jacob Kramer<br>Abercrombie & Fitch Trading Co.<br>6301 Fitch Path<br>New Albany, OHIO 43054<br>UNITED STATES |
| Phone: | 614.283.6930 | Fax: | 614.283.8940 |
| Correspondent e-mail: | ipdocketingwest@abercrombie.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 27, 2011 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76533 |
| Oct. 27, 2011 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76533 |
| Oct. 25, 2011 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 06, 2011 | NOTICE OF SUIT | |
| Mar. 08, 2011 | NOTICE OF SUIT | |
| Feb. 24, 2011 | NOTICE OF SUIT | |
| Jul. 06, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 28, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Nov. 10, 2007 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76533 |
| Nov. 08, 2007 | ASSIGNED TO PARALEGAL | 76533 |
| Nov. 06, 2007 | TEAS SECTION 8 & 15 RECEIVED | |
| Jan. 19, 2007 | CASE FILE IN TICRS | |
| Jun. 14, 2006 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Feb. 02, 2006 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 02, 2006 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Dec. 19, 2004 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 06, 2001 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 10, 2001 | OPPOSITION TERMINATED NO. 999999 | 117807 |
| Sep. 10, 2001 | OPPOSITION DISMISSED NO. 999999 | 117807 |
| May 18, 2000 | REG. CANCELLED - RESTORED TO PENDENCY | |
| Apr. 13, 2000 | OPPOSITION INSTITUTED NO. 999999 | 117807 |
| Feb. 29, 2000 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 07, 1999 | PUBLISHED FOR OPPOSITION | |
| Nov. 05, 1999 | NOTICE OF PUBLICATION | |
| Aug. 26, 1999 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 15, 1999 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 03, 1999 | NON-FINAL ACTION MAILED | |
| Dec. 31, 1998 | ASSIGNED TO EXAMINER | 69800 |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| Affidavit of Continued Use: | Section 8 - Accepted |
| Affidavit of Incontestability: | Section 15 - Accepted |
| Renewal Date: | Nov. 06, 2011 |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | Not Found | **Date in Location:** | Oct. 27, 2011 |

▼  **Assignment Abstract Of Title Information - Click to Load**

▼  **Proceedings - Click to Load**

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



- » Accessibility
- » Privacy Policy
- » Terms of Use
- » Security
- » Emergencies/Security Alerts

- » Federal Activities Inventory Reform (FAIR) Act
- » Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
- » Budget & Performance

- » Freedom of Information Act (FOIA)
- » Department of Commerce NoFEAR Act Report
- » Regulations.gov
- » STOPIFakes.gov

- » Strategy Targeting Organized Piracy (STOP!)
- » Information Quality Guidelines
- » Department of Commerce
- » USPTO Webmaster

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,561**
Registered Jan. 19, 2010

**Int. Cl.: 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
ATTN: JACOB KRAMER
6301 FITCH PATH
NEW ALBANY, OH 43054

FOR: POLO SHIRTS; SHIRTS AND SHORT-SLEEVED SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-5-2009; IN COMMERCE 1-5-2009.

OWNER OF U.S. REG. NOS. 1,169,714, 2,530,664, AND 3,349,895.

THE MARK CONSISTS OF "A & F" IN A STYLIZED FORMAT.

SER. NO. 77-760,432, FILED 6-16-2009.

HOWARD B. LEVINE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Status Search RN 3739561



| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| Owner Name: | Abercrombie & Fitch Trading Co. | | |
| Owner Address: | Attn: Jacob Kramer 6301 Fitch Path New Albany, OHIO 43054 UNITED STATES | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | OHIO |

## Attorney/Correspondence Information

**Attorney of Record**

| Attorney Name: | Jacob Kramer | | |
| Attorney Primary Email Address: | ipdocketingwest@abercrombie.com | Attorney Email Authorized: | No |

**Correspondent**

| Correspondent Name/Address: | Jacob Kramer Abercrombie & Fitch Trading Co. 6301 Fitch Path New Albany, OHIO 43054 UNITED STATES | | |
| Phone: | 614.283.6930 | Fax: | 614.283.8940 |
| Correspondent e-mail: | ipdocketingwest@abercrombie.com | Correspondent e-mail Authorized: | No |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
| --- | --- | --- |
| Jan. 19, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 03, 2009 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 03, 2009 | PUBLISHED FOR OPPOSITION | |
| Sep. 28, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70633 |
| Sep. 28, 2009 | ASSIGNED TO LIE | 70633 |
| Sep. 16, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 16, 2009 | ASSIGNED TO EXAMINER | 68792 |
| Jul. 06, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jun. 20, 2009 | NOTICE OF PSEUDO MARK MAILED | |
| Jun. 19, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 19, 2009 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Jan. 19, 2010 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



» Accessibility
» Privacy Policy
» Terms of Use
» Security
» Emergencies/Security Alerts

» Federal Activities Inventory Reform (FAIR) Act
» Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
» Budget & Performance

» Freedom of Information Act (FOIA)
» Department of Commerce NoFEAR Act Report
» Regulations.gov
» STOPIFakes.gov

» Strategy Targeting Organized Piracy (STOP!)
» Information Quality Guidelines
» Department of Commerce
» USPTO Webmaster

http://tsdr.uspto.gov/#caseNumber=3739561&caseType=US_REGISTRATION_NO&searchType=statusSearch[6/10/2014 11:28:27 AM]

# United States of America
## United States Patent and Trademark Office

**A & F**

**Reg. No. 1,169,714**

**Registered Sep. 15, 1981**

**Amended May 7, 2013**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
6301 FITCH PATH
NEW ALBANY, OH 43054

FOR: RETAIL STORE [ AND MAIL ORDER ] SERVICES IN THE FIELD OF SPORTING GOODS, * NAMELY, BOTTOMS, HEADWEAR, JACKETS, LEGGINGS, SWIMWEAR, TOPS, AND UNDERGARMENTS ALL FOR USE IN SPORTING ACTIVITIES SUCH AS RUNNING, WALKING, WEIGHT LIFTING AND TRAINING, YOGA, AND SWIMMING *, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-29-1978; IN COMMERCE 9-29-1978.

OWNER OF U.S. REG. NOS. 239,578, 506,448 AND OTHERS.

SER. NO. 73-239,161, FILED 11-14-1979.



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



### United States Patent and Trademark Office
An Agency of the Department of Commerce

**Trademark Status and Document Retrieval**

About USPTO | Patents | Trademarks | IP Law & Policy | Products & Services | Careers | Inventors | News & Notices | eBusiness/Alerts | FAQs | For Kids

USPTO > Trademark > TSDR > Trademark Search

🔍 **Trademark Status & Document Retrieval (TSDR)** ❓

TSDR FAQ'S

| SEARCH | MULTI-SEARCH | ❓ |

US Registration No | **Status** | **Documents** |

Status results found

| STATUS | DOCUMENTS | ❓ | ⬇ Download ▲ | 🖨 Print Preview |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2014-06-10 12:25:56 EDT |
| **Mark:** | A & F    No Image exists for this case. |
| **US Serial Number:** | 73239161 | **Application Filing Date:** | Nov. 14, 1979 |
| **US Registration Number:** | 1169714 | **Registration Date:** | Sep. 15, 1981 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Aug. 10, 2012 | | |
| **Publication Date:** | Jun. 23, 1981 | | |

▼ **Mark Information**    Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | A & F |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

▼ **Related Properties Information**

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 02395780, 05064480 and others |

▼ **Goods and Services**

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Retail Store [ and mail order ] services in the field of sporting goods, * namely, bottoms, headwear, jackets, leggings, swimwear, tops, and undergarments all for use in sporting activities such as running, walking, weight lifting and training, yoga, and swimming * |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 29, 1978 | **Use in Commerce:** | Sep. 29, 1978 |

▼ **Basis Information (Case Level)**

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

▼ **Current Owner(s) Information**

| | |
|---|---|
| **Owner Name:** | ABERCROMBIE & FITCH TRADING CO. |
| **Owner Address:** | 6301 FITCH PATH |

|  |  | | |
|---|---|---|---|
| | NEW ALBANY, OHIO 43054<br>UNITED STATES | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where<br>Organized:** | OHIO |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent<br>Name/Address:** | Abercrombie & Fitch Trading Co.<br>6301 Fitch Path<br>Attn: Jacob Kramer<br>New Albany, OHIO 43054<br>UNITED STATES |

| | | | |
|---|---|---|---|
| **Phone:** | 614.283.6930 | **Fax:** | 614.283.8940 |
| **Correspondent e-mail:** | ipdocketingwest@abercrombie.com | **Correspondent e-mail<br>Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 30, 2013 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 30, 2013 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Apr. 02, 2013 | AMENDMENT UNDER SECTION 7 - ISSUED | 76293 |
| Mar. 07, 2013 | TEAS RESPONSE TO OFFICE ACTION-POST REG<br>RECEIVED | |
| Oct. 04, 2012 | POST REGISTRATION ACTION MAILED - SEC. 7 | 76293 |
| Oct. 04, 2012 | POST REGISTRATION ACTION MAILED - SEC. 7 | 76293 |
| Aug. 15, 2012 | TEAS RESPONSE TO OFFICE ACTION-POST REG<br>RECEIVED | |
| Aug. 10, 2012 | POST REGISTRATION ACTION MAILED - SEC. 7 | 76293 |
| Aug. 10, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-<br>MAILED | |
| Aug. 10, 2012 | REGISTERED AND RENEWED (SECOND RENEWAL<br>- 10 YRS) | 76293 |
| Aug. 10, 2012 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9<br>GRANTED | 76293 |
| Mar. 27, 2012 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Mar. 06, 2012 | FAX RECEIVED | |
| Nov. 28, 2011 | PAPER RECEIVED | |
| Oct. 06, 2011 | NOTICE OF SUIT | |
| Sep. 29, 2011 | CASE ASSIGNED TO POST REGISTRATION<br>PARALEGAL | 64591 |
| Sep. 13, 2011 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 19, 2011 | TEAS SECTION 7 REQUEST RECEIVED | |
| Jan. 11, 2011 | NOTICE OF SUIT | |
| Jul. 06, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 28, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Mar. 05, 2008 | CASE FILE IN TICRS | |
| Jun. 14, 2006 | ASSIGNMENT OF OWNERSHIP NOT UPDATED<br>AUTOMATICALLY | |
| Feb. 02, 2006 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 02, 2006 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Dec. 19, 2004 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 15, 2002 | REGISTERED AND RENEWED (FIRST RENEWAL -<br>10 YRS) | |
| May 15, 2002 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9<br>GRANTED | |
| Mar. 15, 2002 | REGISTERED - COMBINED SECTION 8 (10-YR) &<br>SEC. 9 FILED | |
| Sep. 15, 1987 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC.<br>15 ACK. | |



| Mar. 20, 1987 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Sep. 15, 1981 | REGISTERED-PRINCIPAL REGISTER |
| Jun. 23, 1981 | PUBLISHED FOR OPPOSITION |

### Maintenance Filings or Post Registration Information

| | |
|---|---|
| Affidavit of Continued Use: | Section 8 - Accepted |
| Affidavit of Incontestability: | Section 15 - Accepted |
| Renewal Filed: | Yes |
| Renewal Date: | Sep. 15, 2011 |
| Change in Registration: | Yes |
| Amendment to a Registration/Renewal Certificate: | In the heading, reclassify International Class 42 to 35. In the statement, Column 2, line 1, "and mail order" is deleted. The following "namely, bottoms, headwear, jackets, leggings, swimwear, tops, and undergarments all for use in sporting activities such as running, walking, weight lifting and training, yoga, and swimming" is inserted at end of the class. |

### TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | POST REGISTRATION | Date in Location: | May 10, 2013 |

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



- » Accessibility
- » Privacy Policy
- » Terms of Use
- » Security
- » Emergencies/Security Alerts

- » Federal Activities Inventory Reform (FAIR) Act
- » Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
- » Budget & Performance

- » Freedom of Information Act (FOIA)
- » Department of Commerce NoFEAR Act Report
- » Regulations.gov
- » STOPIFakes.gov

- » Strategy Targeting Organized Piracy (STOP!)
- » Information Quality Guidelines
- » Department of Commerce
- » USPTO Webmaster

**Int. Cls.: 25 and 35**

**Prior U.S. Cls.: 22, 39, 100, 101, and 102**

**United States Patent and Trademark Office**

Reg. No. 2,530,664

Registered Jan. 15, 2002

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## A & F

A & F TRADEMARK, INC. (DELAWARE COR-
PORATION)
1105 NORTH MARKET STREET
WILMINGTON, DE 19801

FOR: CLOTHING, NAMELY, HATS, CAPS,
SHIRTS, T-SHIRTS, TANK TOPS, KNIT TOPS, WO-
VEN TOPS, HALTER TOPS, SWEATSHIRTS,
SWEATPANTS, UNDERWEAR, BOXER SHORTS,
BRAS, PANTIES, SOCKS, PANTS, SHORT PANTS,
JEANS, DRESSES, SKIRTS, BELTS, FOOTWEAR,
SWEATERS, VESTS, COATS, JACKETS, SCARVES
AND TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1997; IN COMMERCE 11-0-1997.

FOR: RETAIL PERSONAL CARE PRODUCT AND
CLOTHING STORE SERVICES AND MAIL ORDER
CATALOG SERVICES FEATURING PERSONAL
CARE PRODUCTS AND CLOTHING, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 11-0-1997; IN COMMERCE 11-0-1997.

OWNER OF U.S. REG. NOS. 239,578, 2,259,263,
AND OTHERS.

SN 75-981,420, FILED 1-31-2000.

STEVEN R. FINE, EXAMINING ATTORNEY



## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | Yes | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | ABERCROMBIE & FITCH TRADING CO. |
| Owner Address: | 6301 FITCH PATH<br>NEW ALBANY, OHIO 43054<br>UNITED STATES |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | OHIO |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| Attorney Name: | Jacob Kramer |
| Attorney Primary Email Address: | ipdocketingwest@abercrombie.com |
| Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Attn: Jacob Kramer, Senior Legal Counsel<br>ABERCROMBIE & FITCH TRADING CO.<br>6301 FITCH PATH<br>NEW ALBANY, OHIO 43054<br>UNITED STATES |
| Phone: | 614.283.6390 |
| Fax: | 614.283.8940 |
| Correspondent e-mail: | ipdocketingwest@abercrombie.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2012 | NOTICE OF SUIT | |
| Jun. 11, 2012 | NOTICE OF SUIT | |
| May 14, 2012 | NOTICE OF SUIT | |
| Feb. 02, 2012 | NOTICE OF SUIT | |
| Dec. 15, 2011 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 71378 |
| Dec. 15, 2011 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 71378 |
| Dec. 12, 2011 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 09, 2011 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 06, 2011 | NOTICE OF SUIT | |
| Mar. 08, 2011 | NOTICE OF SUIT | |
| Feb. 24, 2011 | NOTICE OF SUIT | |
| Jul. 06, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 28, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jan. 09, 2009 | NOTICE OF SUIT | |
| Aug. 04, 2008 | REGISTERED - SEC. 15 ACKNOWLEDGED | 71378 |
| Aug. 04, 2008 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | 71378 |
| Jul. 15, 2008 | TEAS SECTION 15 RECEIVED | |
| Jul. 15, 2008 | TEAS SECTION 8 RECEIVED | |
| May 23, 2008 | NOTICE OF SUIT | |
| Apr. 18, 2007 | CASE FILE IN TICRS | |
| Jun. 14, 2006 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Feb. 02, 2006 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 02, 2006 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |

| Dec. 19, 2004 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
|---|---|---|
| Jan. 15, 2002 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 05, 2001 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 20, 2001 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 17, 2001 | USE AMENDMENT FILED | |
| Sep. 20, 2001 | DIVISIONAL PROCESSING COMPLETE | |
| Aug. 17, 2001 | DIVISIONAL REQUEST RECEIVED | |
| Feb. 27, 2001 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 05, 2000 | PUBLISHED FOR OPPOSITION | |
| Nov. 03, 2000 | NOTICE OF PUBLICATION | |
| Sep. 01, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 13, 2000 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 03, 2000 | NON-FINAL ACTION MAILED | |
| Jun. 28, 2000 | ASSIGNED TO EXAMINER | 63031 |
| Jun. 27, 2000 | ASSIGNED TO EXAMINER | 76847 |

### ▼ Maintenance Filings or Post Registration Information

| Affidavit of Continued Use: | Section 8 - Accepted |
|---|---|
| Affidavit of Incontestability: | Section 15 - Accepted |
| Renewal Date: | Jan. 15, 2012 |

### ▼ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | Not Found | Date in Location: | Dec. 15, 2011 |
|---|---|---|---|

### ▼ Assignment Abstract Of Title Information - Click to Load

### ▼ Proceedings - Click to Load

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



» Accessibility
» Privacy Policy
» Terms of Use
» Security
» Emergencies/Security Alerts

» Federal Activities Inventory Reform (FAIR) Act
» Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
» Budget & Performance

» Freedom of Information Act (FOIA)
» Department of Commerce NoFEAR Act Report
» Regulations.gov
» STOPIFakes.gov

» Strategy Targeting Organized Piracy (STOP!)
» Information Quality Guidelines
» Department of Commerce
» USPTO Webmaster

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,221,986

United States Patent and Trademark Office

Registered Mar. 27, 2007

Amended

OG Date Feb. 2, 2010

## TRADEMARK
## PRINCIPAL REGISTER

# A & F 92

ABERCROMBIE & FITCH TRADING CO.
   (OHIO CORPORATION)
6301 FITCH PATH
NEW ALBANY, OH 43054
   THE MARK CONSISTS OF STAN-
DARD CHARACTERS WITHOUT CLAIM
TO ANY PARTICULAR FONT, STYLE,
SIZE, OR COLOR.
   OWNER OF U.S. REG. NOS. 239,578,
2,918,216 AND OTHERS.

   FOR: CLOTHING, NAMELY, HATS,
CAPS, VISORS, SHIRTS, T-SHIRTS, TANK
TOPS, KNIT TOPS, WOVEN TOPS, HAL-
TER TOPS, SWEATSHIRTS, SWEAT-
PANTS, JOGGING PANTS, SWIMWEAR,
UNDERWEAR, BOXER SHORTS, [ BRAS,
PANTIES, HOSIERY, SOCKS, ] PANTS,
SHORT PANTS, JEANS, DRESSES,
SKIRTS, BELTS, FOOTWEAR, SWEA-
TERS, VESTS, GLOVES, COATS, JACK-
ETS, AND SCARVES , IN CLASS 25 (U.S.
CLS. 22 AND 39).
   FIRST USE 11-30-1999; IN COMMERCE
11-30-1999.
   SER. NO. 78-790,810, FILED 1-12-2006.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 2, 2010.*



Status Search RN 3221986

| Filed No Basis: | No | | | |
|---|---|---|---|---|
| | | Currently No Basis: | No | |

## Current Owner(s) Information

| Owner Name: | Abercrombie & Fitch Trading Co. | | |
|---|---|---|---|
| Owner Address: | 6301 Fitch Path<br>New Albany, OHIO 43054<br>UNITED STATES | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | OHIO |

## Attorney/Correspondence Information

**Attorney of Record**

| Attorney Name: | Jacob Kramer | | |
|---|---|---|---|
| Attorney Primary Email Address: | ipdocketingwest@abercrombie.com | Attorney Email Authorized: | Yes |

**Correspondent**

| Correspondent Name/Address: | Abercrombie & Fitch Trading Co.<br>6301 FITCH PATH<br>Attn: Jacob Kramer<br>NEW ALBANY, OHIO 43054<br>UNITED STATES | | |
|---|---|---|---|
| Phone: | 614-283-6930 | Fax: | 614-283-8940 |
| Correspondent e-mail: | ipdocketingwest@abercrombie.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 31, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Mar. 31, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | 71378 |
| Mar. 31, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 71378 |
| Mar. 27, 2013 | TEAS SECTION 8 RECEIVED | |
| Mar. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 06, 2011 | NOTICE OF SUIT | |
| Dec. 26, 2009 | AMENDMENT UNDER SECTION 7 - ISSUED | 77315 |
| Dec. 26, 2009 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| Dec. 01, 2009 | TEAS SECTION 7 REQUEST RECEIVED | |
| Jul. 06, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 28, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Mar. 27, 2007 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 09, 2007 | PUBLISHED FOR OPPOSITION | |
| Dec. 20, 2006 | NOTICE OF PUBLICATION | |
| Nov. 17, 2006 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68658 |
| Nov. 15, 2006 | ASSIGNED TO LIE | 68658 |
| Nov. 03, 2006 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 13, 2006 | PRIORITY ACTION E-MAILED | 6326 |
| Jun. 13, 2006 | PRIORITY ACTION WRITTEN | 74309 |
| Jun. 06, 2006 | ASSIGNED TO EXAMINER | 74309 |
| Jan. 18, 2006 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

| Affidavit of Continued Use: | Section 8 - Accepted |
|---|---|
| Change in Registration: | Yes |
| Amendment to a Registration/Renewal Certificate: | In the statement, Column 1, line 8, "bras, panties, hosiery, socks" is deleted. |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 110 | **Date in Location:** | Mar. 31, 2013 |

▼ **Assignment Abstract Of Title Information - Click to Load**

▼ **Proceedings - Click to Load**

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



- » Accessibility
- » Privacy Policy
- » Terms of Use
- » Security
- » Emergencies/Security Alerts

- » Federal Activities Inventory Reform (FAIR) Act
- » Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
- » Budget & Performance

- » Freedom of Information Act (FOIA)
- » Department of Commerce NoFEAR Act Report
- » Regulations.gov
- » STOPfakes.gov

- » Strategy Targeting Organized Piracy (STOP!)
- » Information Quality Guidelines
- » Department of Commerce
- » USPTO Webmaster

Int. Cls.: 3, 14 and 18

Prior U.S. Cls.: 1, 2, 3, 4, 6, 22, 27, 28, 41, 50, 51 and 52

Reg. No. 3,349,895

**United States Patent and Trademark Office**

Registered Dec. 4, 2007

Amended

OG Date Dec. 22, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**

# A & F

ABERCROMBIE & FITCH TRADING CO.
   (OHIO CORPORATION)
6301 FITCH PATH
NEW ALBANY, OH 43054
   THE MARK CONSISTS OF STAN-
DARD CHARACTERS WITHOUT CLAIM
TO ANY PARTICULAR FONT, STYLE,
SIZE, OR COLOR.
   OWNER OF U.S. REG. NOS. 239,578,
1,169,714 AND OTHERS.

   FOR: FRAGRANCES, NAMELY, PER-
FUMES AND COLOGNES, IN CLASS 3
(U.S. CLS. 1, 4, 6, 50, 51 AND 52).
   FIRST USE 11-0-2004; IN COMMERCE
11-0-2004.

   FOR: JEWELRY, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

   FIRST USE 2-0-1999; IN COMMERCE
2-0-1999.

   FOR: [BACKPACKS, DUFFEL BAGS,
GYM BAGS,] HANDBAGS, TOTE BAGS
AND TRAVEL BAGS, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).

   FIRST USE 1-0-2003; IN COMMERCE
1-0-2003.

   SER. NO. 78-787,866, FILED 1-9-2006.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Dec. 22, 2009.*



**United States Patent and Trademark Office**
An Agency of the Department of Commerce

Trademark Status and Document Retrieval

About USPTO | Patents | Trademarks | IP Law & Policy | Products & Services | Careers | Inventors | News & Notices | eBusiness/Alerts | FAQs | For Kids

USPTO > Trademark > TSDR > Trademark Search

TSDR FAQ'S

🔍 Trademark Status & Document Retrieval (TSDR) ❓

| SEARCH | MULTI-SEARCH | ❓ |

US Registration No          **Status**   **Documents**

Status results found

| STATUS | DOCUMENTS | ❓ |    ⬇ Download ▲    🖨 Print Preview

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2014-06-10 12:27:37 EDT |
| Mark: | A & F |

A & F

| | | | |
|---|---|---|---|
| US Serial Number: | 78787866 | Application Filing Date: | Jan. 09, 2006 |
| US Registration Number: | 3349895 | Registration Date: | Dec. 04, 2007 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| Status: | A Section 8 declaration has been accepted. | | |
| Status Date: | Feb. 24, 2014 | | |
| Publication Date: | Jan. 09, 2007 | Notice of Allowance Date: | Apr. 03, 2007 |

### Mark Information

| | |
|---|---|
| Mark Literal Elements: | A & F |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

### Related Properties Information

| | |
|---|---|
| International Registration Number: | 0878553 |
| International Application(s) /Registration(s) Based on this Property: | A0003705/0878553 |
| Claimed Ownership of US Registrations: | 0239578, 0506448, 1169714 and others |

### Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | (( Fragrances, namely, perfumes and colognes )) |
| International Class(es): | 003 - Primary Class |
| U.S Class(es): | 001, 004, 006, 050, 051, 052 |
| Class Status: | ACTIVE |
| Basis: | 1(a) |
| First Use: | Nov. 2004 |
| Use in Commerce: | Nov. 2004 |

| | |
|---|---|
| For: | Jewelry |
| International Class(es): | 014 - Primary Class |
| U.S Class(es): | 002, 027, 028, 050 |
| Class Status: | ACTIVE |
| Basis: | 1(a) |
| First Use: | Feb. 1999 |
| Use in Commerce: | Feb. 1999 |

| | |
|---|---|
| For: | [Backpacks, duffel bags, gym bags,] handbags, tote bags and travel bags |

| International Class(es): | 018 - Primary Class | U.S Class(es): | 001, 002, 003, 022, 041 |
|---|---|---|---|
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jan. 2003 | Use in Commerce: | Jan. 2003 |

## Basis Information (Case Level)

| Filed Use: | No | Currently Use: | Yes | Amended Use: | No |
|---|---|---|---|---|---|
| Filed ITU: | Yes | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

| Owner Name: | Abercrombie & Fitch Trading Co. | | |
|---|---|---|---|
| Owner Address: | Attn: Jacob Kramer<br>6301 Fitch Path<br>New Albany, OHIO 43054<br>UNITED STATES | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | OHIO |

## Attorney/Correspondence Information

### Attorney of Record

| Attorney Name: | Jacob Kramer | | |
|---|---|---|---|
| Attorney Primary Email Address: | ipdocketingwest@abercrombie.com | Attorney Email Authorized: | Yes |

### Correspondent

| Correspondent Name/Address: | Abercrombie & Fitch Trading Co.<br>6301 Fitch Path<br>Attn: Jacob Kramer<br>New Albany, OHIO 43054<br>UNITED STATES | | |
|---|---|---|---|
| Phone: | 614-283-6930 | Fax: | 614-283-8940 |
| Correspondent e-mail: | ipdocketingwest@abercrombie.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 24, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| Feb. 24, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | 76874 |
| Nov. 14, 2013 | SEC. 15 ACKNOWLEDGEMENT - E-MAILED | |
| Nov. 13, 2013 | REGISTERED - SEC. 15 ACKNOWLEDGED | 75184 |
| Nov. 12, 2013 | REGISTERED - SEC. 15 AFFIDAVIT FILED | 75184 |
| Nov. 13, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75184 |
| Nov. 12, 2013 | TEAS SECTION 15 RECEIVED | |
| Nov. 12, 2013 | TEAS SECTION 8 RECEIVED | |
| Nov. 11, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 11, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 06, 2011 | NOTICE OF SUIT | |
| Mar. 08, 2011 | NOTICE OF SUIT | |
| Nov. 19, 2009 | AMENDMENT UNDER SECTION 7 - ISSUED | 70132 |
| Aug. 20, 2009 | ASSIGNED TO PARALEGAL | 70132 |
| Aug. 14, 2009 | TEAS SECTION 7 REQUEST RECEIVED | |
| Jul. 06, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 28, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Dec. 04, 2007 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 29, 2007 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 68658 |

| Oct. 29, 2007 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 19, 2007 | STATEMENT OF USE PROCESSING COMPLETE | 76874 |
| Oct. 03, 2007 | USE AMENDMENT FILED | 76874 |
| Oct. 03, 2007 | TEAS STATEMENT OF USE RECEIVED | |
| Apr. 03, 2007 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 09, 2007 | PUBLISHED FOR OPPOSITION | |
| Dec. 20, 2006 | NOTICE OF PUBLICATION | |
| Nov. 17, 2006 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68658 |
| Nov. 15, 2006 | ASSIGNED TO LIE | 68658 |
| Nov. 03, 2006 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 13, 2006 | PRIORITY ACTION E-MAILED | 6326 |
| Jun. 13, 2006 | PRIORITY ACTION WRITTEN | 74309 |
| Jun. 06, 2006 | ASSIGNED TO EXAMINER | 74309 |
| Jan. 12, 2006 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Affidavit of Incontestability:** | Section 15 - Accepted |
| **Change in Registration:** | Yes |
| **Amendment to a Registration/Renewal Certificate:** | In the statement, Column 1, line 1, "backpacks, duffle bags and gym bags" is deleted. |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| **Current Location:** | POST REGISTRATION | **Date in Location:** | Feb. 24, 2014 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



» Accessibility
» Privacy Policy
» Terms of Use
» Security
» Emergencies/Security Alerts

» Federal Activities Inventory Reform (FAIR) Act
» Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
» Budget & Performance

» Freedom of Information Act (FOIA)
» Department of Commerce NoFEAR Act Report
» Regulations.gov
» STOPfakes.gov

» Strategy Targeting Organized Piracy (STOP!)
» Information Quality Guidelines
» Department of Commerce
» USPTO Webmaster

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

**Reg. No. 3,624,670**

Registered May 19, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# A&F NEW YORK

ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
6301 FITCH PATH
NEW ALBANY, OH 43054

FOR: CLOTHING, NAMELY, JEANS, KNIT SHIRTS, KNIT TOPS, SHIRTS, SHORTS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-27-2006; IN COMMERCE 9-27-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 239,578, 506,448, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NEW YORK", APART FROM THE MARK AS SHOWN.

SN 78-594,968, FILED 3-25-2005.

TEJBIR SINGH, EXAMINING ATTORNEY



| Owner Address: | 6301 Fitch Path | | |
| | New Albany, OHIO 43054 | | |
| | UNITED STATES | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | OHIO |

## Attorney/Correspondence Information

**Attorney of Record**

| Attorney Name: | Jacob Kramer | | |
| Attorney Primary Email Address: | ipdocketingwest@abercrombie.com | Attorney Email Authorized: | Yes |

**Correspondent**

| Correspondent Name/Address: | Abercrombie & Fitch Trading Co. | | |
| | 6301 Fitch Path | | |
| | Attn: Jacob Kramer | | |
| | New Albany, OHIO 43054 | | |
| | UNITED STATES | | |
| Phone: | 614-283-6930 | Fax: | 614-283-8940 |
| Correspondent e-mail: | ipdocketingwest@abercrombie.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 02, 2014 | TEAS SECTION 8 RECEIVED | |
| May 30, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 06, 2011 | NOTICE OF SUIT | |
| Mar. 08, 2011 | NOTICE OF SUIT | |
| Jul. 06, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 28, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 19, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 13, 2009 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 68171 |
| Apr. 13, 2009 | ASSIGNED TO LIE | 68171 |
| Apr. 13, 2009 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 02, 2009 | STATEMENT OF USE PROCESSING COMPLETE | 76569 |
| Mar. 28, 2009 | USE AMENDMENT FILED | 76569 |
| Mar. 30, 2009 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 30, 2008 | EXTENSION 5 GRANTED | 76569 |
| Sep. 28, 2008 | EXTENSION 5 FILED | 76569 |
| Sep. 30, 2008 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 76569 |
| Sep. 29, 2008 | TEAS EXTENSION RECEIVED | |
| Mar. 20, 2008 | EXTENSION 4 GRANTED | 98765 |
| Mar. 20, 2008 | EXTENSION 4 FILED | 98765 |
| Mar. 20, 2008 | TEAS EXTENSION RECEIVED | |
| Sep. 17, 2007 | EXTENSION 3 GRANTED | 98765 |
| Sep. 17, 2007 | EXTENSION 3 FILED | 98765 |
| Sep. 17, 2007 | TEAS EXTENSION RECEIVED | |
| May 07, 2007 | ATTORNEY REVOKED AND/OR APPOINTED | |
| May 07, 2007 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Mar. 28, 2007 | EXTENSION 2 GRANTED | 98765 |
| Mar. 28, 2007 | EXTENSION 2 FILED | 98765 |
| Mar. 28, 2007 | TEAS EXTENSION RECEIVED | |
| Nov. 02, 2006 | EXTENSION 1 GRANTED | 64657 |
| Sep. 28, 2006 | EXTENSION 1 FILED | 64657 |
| Sep. 28, 2006 | TEAS EXTENSION RECEIVED | |
| Mar. 28, 2006 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 03, 2006 | PUBLISHED FOR OPPOSITION | |

| Dec. 14, 2005 | NOTICE OF PUBLICATION | |
| Nov. 14, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76568 |
| Nov. 03, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 25, 2005 | EXAMINER'S AMENDMENT ENTERED | 76568 |
| Oct. 24, 2005 | ASSIGNED TO LIE | 76568 |
| Oct. 24, 2005 | CORRESPONDENCE E-MAILED | |
| Oct. 24, 2005 | EXAMINERS AMENDMENT -WRITTEN | 80804 |
| Oct. 20, 2005 | ASSIGNED TO EXAMINER | 80804 |
| Jul. 05, 2005 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 05, 2005 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Apr. 20, 2005 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 76984 |
| Apr. 20, 2005 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Mar. 30, 2005 | NEW APPLICATION ENTERED IN TRAM | |

**▼ TM Staff and Location Information**

**TM Staff Information - None**

**File Location**

| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Apr. 13, 2009 |

**▼ Assignment Abstract Of Title Information - Click to Load**

**▼ Proceedings - Click to Load**

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



USA.gov

» Accessibility

» Privacy Policy

» Terms of Use

» Security

» Emergencies/Security Alerts

» Federal Activities Inventory Reform (FAIR) Act

» Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act

» Budget & Performance

» Freedom of Information Act (FOIA)

» Department of Commerce NoFEAR Act Report

» Regulations.gov

» STOPIFakes.gov

» Strategy Targeting Organized Piracy (STOP!)

» Information Quality Guidelines

» Department of Commerce

» USPTO Webmaster

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,354,241**

**Registered June 18, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
ATTN: JACOB KRAMER
6301 FITCH PATH
NEW ALBANY, OH 43054

FOR: BOTTOMS; COATS; FOOTWEAR; JACKETS; LEGGINGS; SLEEPWEAR AND TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2009; IN COMMERCE 9-0-2009.

OWNER OF U.S. REG. NOS. 1,169,714, 3,349,895, AND OTHERS.

THE MARK CONSISTS OF THE LETTERS "A&F" IN A STYLIZED FORMAT.

SN 77-811,482, FILED 8-24-2009.

TRACY WHITTAKER-BROWN, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



Status Search SN 77811482

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Abercrombie & Fitch Trading Co. |
| Owner Address: | Attn: Jacob Kramer<br>6301 Fitch Path<br>New Albany, OHIO 43054<br>UNITED STATES |

| Legal Entity Type: | CORPORATION | State or Country Where Organized: | OHIO |
|---|---|---|---|

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | JACOB KRAMER<br>ABERCROMBIE & FITCH TRADING CO.<br>6301 FITCH PATH<br>NEW ALBANY, OHIO 43054-9269<br>UNITED STATES |

| Phone: | 614.283.6930 | Fax: | 614.283.8940 |
|---|---|---|---|
| Correspondent e-mail: | ipdocketingwest@abercrombie.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 18, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| May 16, 2013 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| May 15, 2013 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 73296 |
| May 14, 2013 | ASSIGNED TO LIE | 73296 |
| May 06, 2013 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| May 03, 2013 | STATEMENT OF USE PROCESSING COMPLETE | 66230 |
| Apr. 05, 2013 | USE AMENDMENT FILED | 66230 |
| Apr. 05, 2013 | TEAS STATEMENT OF USE RECEIVED | |
| Oct. 06, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 05, 2012 | EXTENSION 5 GRANTED | 66230 |
| Oct. 03, 2012 | EXTENSION 5 FILED | 66230 |
| Oct. 03, 2012 | TEAS EXTENSION RECEIVED | |
| Apr. 12, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 11, 2012 | EXTENSION 4 GRANTED | 66230 |
| Apr. 06, 2012 | EXTENSION 4 FILED | 66230 |
| Apr. 06, 2012 | TEAS EXTENSION RECEIVED | |
| Oct. 13, 2011 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 12, 2011 | EXTENSION 3 GRANTED | 66230 |
| Oct. 06, 2011 | EXTENSION 3 FILED | 66230 |
| Oct. 06, 2011 | TEAS EXTENSION RECEIVED | |
| Apr. 13, 2011 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 12, 2011 | EXTENSION 2 GRANTED | 66230 |
| Apr. 06, 2011 | EXTENSION 2 FILED | 66230 |
| Apr. 06, 2011 | TEAS EXTENSION RECEIVED | |
| Oct. 23, 2010 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 22, 2010 | EXTENSION 1 GRANTED | 66230 |
| Oct. 06, 2010 | EXTENSION 1 FILED | 66230 |
| Oct. 22, 2010 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66230 |
| Oct. 06, 2010 | TEAS EXTENSION RECEIVED | |
| Apr. 06, 2010 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 12, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION | |

|  | E-MAILED |  |
| --- | --- | --- |
| Jan. 12, 2010 | PUBLISHED FOR OPPOSITION |  |
| Dec. 07, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76243 |
| Dec. 04, 2009 | ASSIGNED TO LIE | 76243 |
| Nov. 17, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER |  |
| Nov. 17, 2009 | ASSIGNED TO EXAMINER | 74672 |
| Aug. 28, 2009 | NOTICE OF PSEUDO MARK MAILED |  |
| Aug. 27, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM |  |
| Aug. 27, 2009 | NEW APPLICATION ENTERED IN TRAM |  |

▼ **TM Staff and Location Information**

**TM Staff Information - None**

**File Location**

| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | May 15, 2013 |
| --- | --- | --- | --- |

▼ **Assignment Abstract Of Title Information - Click to Load**

▼ **Proceedings - Click to Load**

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



USA.gov

» Accessibility
» Privacy Policy
» Terms of Use
» Security
» Emergencies/Security Alerts

» Federal Activities Inventory Reform (FAIR) Act
» Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
» Budget & Performance

» Freedom of Information Act (FOIA)
» Department of Commerce NoFEAR Act Report
» Regulations.gov
» STOPIFakes.gov

» Strategy Targeting Organized Piracy (STOP!)
» Information Quality Guidelines
» Department of Commerce
» USPTO Webmaster

# Exhibit D











My Account (http://americanfighter.com/index.php/customer/account/)    My Wishlist (http://americanfighter.com/index.php/wishlist/)
Checkout (http://americanfighter.com/index.php/checkout/)    Log In (http://americanfighter.com/index.php/customer/account/login/)

 (http://americanfighter.com/index.php/)    American Fighter Apparel

Search entire store here...

HOME(http://americanfighter.com/index.php/)    MENS (http://americanfighter.com/index.php/mens.html)    KIDS (http://americanfighter.com/index.php/kids.html)

WOMENS (http://americanfighter.com/index.php/womens.html)

Home (http://americanfighter.com/index.php/)    Mens (http://americanfighter.com/index.php/mens.html)    TALLADEGA 50/50 SS TEE



(http://americanfighter.com/media/catalog/product/cache/1/image/9df78eab33525d08d6e5fb8d27136e95/f/m/fm273-white-f-l.jpg)



(http://americanfighter.com/media/catalog/product/cache/1/image/9df78eab33525d08d6e5fb8d27136e95/f/m/fm273-white-f-l.jpg)

(http://americanfighter.com/media/catalog/product/cache/1/image/9df78eab33525d08d6e5fb8d27136e95/f/m/fm273-white-s-l.jpg)

(http://americanfighter.com/media/catalog/product/cache/1/image/9df78eab33525d08d6e5fb8d27136e95/f/m/fm273-white-d-l.jpg)

## TALLADEGA 50/50 SS TEE

Availability: In stock

No reviews added (http://americanfighter.com/index.php/review/product/list/id/254/category/3/#review-form)

## $32.00

TALLADEGA 50/50 SS TEE

*Color

Choose an Option...  ▼

*Size

Choose an Option...  ▼

* Required Fields

## $32.00

Qty:    ADD TO CART

1

PRODUCT DESCRIPTION (JAVASCRIPT:VOID(0))    PRODUCT TAGS (JAVASCRIPT:VOID(0))

TALLADEGA 50/50 SS TEE

CUSTOMER SERVICE    MY ACCOUNT

Shipping & Returns (http://americanfighter.com/index.php/shipping-returns)    Sign In (http://americanfighter.com/index.php/customer/account/)

Privacy Policy (http://americanfighter.com/index.php/privacy-    View Cart (http://americanfighter.com/index.php/check

(http://americanfighter.com/index.php/)    American Fighter Apparel

Search entire store here...

HOME
(http://americanfighter.com/index.php/)    MENS(http://americanfighter.com/index.php/mens.html)    KIDS
(http://americanfighter.com/index.php/kids.html)

WOMENS
(http://americanfighter.com/index.php/womens.html)

Home (http://americanfighter.com/index.php/)    Mens

Sort By  Position ▾    Show  9 ▾  per page





(http://americanfighter.com/index.php/mens/columbia-s-s-50-50-tee.html)    (http://americanfighter.com/index.php/mens/gulf-coast-s-s-tet-mk-tw-tee.html)    (http://americanfighter.com/index.php/mens/heritage-s-s-inset-tee.html)

COLUMBIA ARTISAN S/S 50/50 TEE
(http://americanfighter.com/index.php/mens/columbia-artisan-s-s-50-50-tee.html)    GULF COAST S/S TET MK TW TEE
(http://americanfighter.com/index.php/mens/gulf-coast-s-s-tet-mk-tw-tee.html)    HERITAGE S/S INSET TEE
(http://americanfighter.com/index.php/mens/heritage-s-s-inset-tee.html)

$32.00    $36.00    $36.00

ADD TO CART    ADD TO CART    ADD TO CART

Add to Wishlist
(http://americanfighter.com/index.php/wishlist/index/add/product/405/form_key/iRJ7H524qbknuppo/)    Add to Wishlist
(http://americanfighter.com/index.php/wishlist/index/add/product/399/form_key/iRJ7H524qbknuppo/)    Add to Wishlist
(http://americanfighter.com/index.php/wishlist/index/add/product/397/form_key/iRJ7H524qbknuppo/)
| Add to Compare
(http://americanfighter.com/index.php/catalog/product_compare/add/product/405/uenc/aHR0cDovL2FtZXJpY2FuZmlnaHRlci5jb20vaW5kZXgucGhwL21lbnMvY29sdW1iaWEtcy1zLTUwLTUwLXRlZS5odG1s/)    | Add to Compare
(http://americanfighter.com/index.php/catalog/product_compare/add/product/399/uenc/...)    | Add to Compare
(http://americanfighter.com/index.php/catalog/product_compare/add/product/397/uenc/...)





(http://americanfighter.com/index.php/mens/fort-valley-s-s-mk-twst-tee.html)    (http://americanfighter.com/index.php/mens/jamestown-artisan-mk-tw-tank.html)    (http://americanfighter.com/index.php/mens/brockport-ss-mk-twist.html)

FORT VALLEY S/S MK TWST TEE
(http://americanfighter.com/index.php/mens/fort-valley-s-s-mk-twst-tee.html)    JAMESTOWN ARTISAN MK TW
TANK
(http://americanfighter.com/index.php/mens/jamestown-artisan-mk-tw-tank.html)    BROCKPORT SS MK TWIST
(http://americanfighter.com/index.php/mens/brockport-ss-mk-twist.html)

$36.00    $34.00    $36.00

ADD TO CART    ADD TO CART    ADD TO CART

Add to Wishlist
(http://americanfighter.com/index.php/wishlist/index/add/product/396/form_key/iRJ7H524qbknuppo/)    Add to Wishlist
(http://americanfighter.com/index.php/wishlist/index/add/product/483/form_key/iRJ7H524qbknuppo/)    Add to Wishlist
(http://americanfighter.com/index.php/wishlist/index/add/product/392/form_key/iRJ7H524qbknuppo/)
| Add to Compare
(http://americanfighter.com/index.php/catalog/product_compare/add/product/396/uenc/...)    | Add to Compare
(http://americanfighter.com/index.php/catalog/product_compare/add/product/483/uenc/...)    | Add to Compare
(http://americanfighter.com/index.php/catalog/product_compare/add/product/392/uenc/aHR0cDovL2FtZXJpY2FuZmlnaHRlci5jb20vaW5kZXgucGhwL21lbnMvYnJvY2twb3J0LXNzLW1rLXR3aXN0Lml2...)

Case: 2:14-cv-01892-GLF-NMK Doc #: 1 Filed: 10/10/14 Page: 57 of 59 PAGEID #: 57

My Account (http://americanfighter.com/index.php/cust...
Checkout (http://americanfighter.com/index.php/c...

(http://americanfighter.com/index...

Search entire store here...

**HOME**
(http://americanfighter.com/index.php/)

**WOMENS**
(http://americanfighter.com/index.php/womens...

Home (http://americanfighter.com/index.php/) Mens ... Short Sleeve

Sort By | Position



...m/index.php/mens.html)

...m/index.php/kids.html)

...m/index.php/womens.html)

SUBSCRIBE

(http://americanfighter.com/index.php/me
-sleeve/maryland-ss-tee.html)
MARYLAND SS TEE
(http://americanfighter.com/index.php/mens/tops/short
-sleeve/maryland-ss-tee.html)

$32.00

ADD TO CART

Add to Wishlist
(http://americanfighter.com/index.php/wish
| Add to Compare
(http://americanfighter.com/index.php/cat

(http://americanfighter.com/index.php/me
-sleeve/clarkson-s-s-50-50-tee.html)
CLARKSON S/S 50/50 TEE
(http://americanfighter.com/index.php/mens/tops/short
-sleeve/clarkson-s-s-50-50-tee.html)

$32.00

ADD TO CART

Add to Wishlist
| Add to Compare

(http://americanfighter.com/index.php/me
-sleeve/alabama-s-s-mock-twist.html)
ALABAMA S/S MOCK TWIST
(http://americanfighter.com/index.php/mens/tops/short
-sleeve/alabama-s-s-mock-twist.html)

$36.00

ADD TO CART

Add to Wishlist
| Add to Compare

(http://americanfighter.com/index.php/me
-sleeve/yale-s-s-contrast-slub.html)
YALE S/S CONTRAST SLUB
(http://americanfighter.com/index.php/mens
-sleeve/yale-s-s-contrast-slub.html)

$36.00

(http://americanfighter.com/index.php/me
-sleeve/clarkson-s-s-mock-twist.html)
CLARKSON S/S MOCK TWIST TEE
(http://americanfighter.com/index.php/mens/tops/short
-sleeve/clarkson-s-s-mock-twist-
tee.html)

$36.00

(http://americanfighter.com/index.php/me
-sleeve/heritage-artisan-ss-tee.html)
HERITAGE ARTISAN SS TEE
(http://americanfighter.com/index.php/mens/tops/short
-sleeve/heritage-artisan-ss-tee.html)

$44.00

Case: 2:14-cv-01892-GLF-NMK Doc #: 1 Filed: 10/10/14 Page: 58 of 59  PAGEID #: 58

. .

Home » Brands » American Fighter » American Fighter Bennington Tank

Back to American Fighter | Previous | Next





### American Fighter Bennington Tank

Item# amf-1177

☆☆☆☆☆  Read Reviews | Write a Review

**$33.99**

**Color:** Crystal Blue/White

**Size:**

S      M      L      XL      2X      3X

**Availability:** Select Size.

**Quantity:** 1

➕ Share        Like  0                    Add to Wishlist | Send to a Friend

---

- American Fighter inspired design
- Athletic Tank top
- Front, Back graphics
- Contrast colors
- 50% COTTON / 50% POLY
- WHITE CHAINSTITCH UP SIDE SEAM
- WOVEN LABEL

**Recommended For You**



Roots of Fight Mike Tyson Brooklyn's Own Shirt
**$34.95**

Roots of Fight Mike Tyson NY State Games Shirt
**$34.95**

Venum Giant T-Shirt
**$29.99**

UFC Ronda Rousey UFC 170 Walkout Shirt
**$29.95**

Home » Brands » American Fighter » American Fighter Auburn Shirt

Back to American Fighter | Previous | Next



### American Fighter Auburn Shirt

Item# amf-1173

☆☆☆☆☆  Read Reviews | Write a Review

**$35.99**

**Color:** Purple

**Size:**

S    M    L    XL

**Availability:** Select Size.

**Quantity:** 1

Share

Add to Wishlist | Send to a Friend

- American Fighter Premium Athletics inspired design
- Crew neck
- Sleeve, Front, Back graphics
- 100% COTTON
- LIME GREEN CHAINSTITCH UP SIDE SEAM
- WOVEN LABEL